IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| IOSEFA PASENE,<br><br>    Plaintiff,<br><br>vs.<br><br>BOISSE CORREA, *et al.*,<br><br>    Defendants. | Case No. 21-cv-00427-DKW-WRP<br><br>**ORDER REFERRING CASE TO THE CIVIL PRO BONO PANEL** |

Plaintiff Iosefa Pasene, proceeding *pro se*, raises various civil rights claims against the City and County of Honolulu and several Honolulu Police Department detectives and officers, arising out of his decade-long incarceration on a murder charge vacated in 2019 by the Hawaiʻi Supreme Court.  Dkt. No. 70.  Throughout the course of these proceedings, Pasene has moved several times for the appointment of counsel, most of which were denied without prejudice.  *See, e.g.* Dkt. Nos. 20, 22, 48, 50, 59, 65, 68, 69, 71, 72, 80, 81.  However, on February 23, 2023, the Court referred this case to the Civil Pro Bono Panel ("Panel") to find suitable representation.  *See* Dkt. No. 92 at 53–55; Dkt. No. 93.  Shortly thereafter, the Panel reported to the Court that it had been unable to do so.  *See* Dkt. No. 101.  As such, the Court terminated its order directing such appointment.  *Id.*

Now, the Court again finds that under the circumstances of this case, the appointment of counsel for limited purposes, as explained below, is both

reasonable and reasonably calculated to serve the interests of the parties and to further the administration of justice. *See* Rule 4(B) of the Rules for the Civil Pro Bono Panel for the United States District Court for the District of Hawaii ("Panel Rules"). Accordingly, the Court again REFERS this case to the Panel. *See* Panel Rule 3(A). This appointment will be for the limited purposes of: (1) fully effecting service of the Complaint; (2) preparing, responding to, and presenting any appropriate discovery motions; (3) engaging in settlement negotiations or conferences; and (4) undertaking any discovery or work necessary to complete the aforementioned tasks. *See* Panel Rule 4.

Once the Federal Bar Association Pro Bono Liaison has secured pro bono counsel for Pasene, that attorney shall enter a Notice of Appearance and provide a copy of the same to the Federal Bar Association Pro Bono Liaison. *See* Panel Rule 3(C). Upon filing the Notice of Appearance, pro bono counsel will be rendered counsel of record for Pasene. *See* Panel Rule 3(D).

IT IS SO ORDERED.

DATED: March 11, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge