Case 1:21-cv-00427-DKW-WRP   Document 456   Filed 06/17/25   Page 1 of 2
                                              PageID.2394
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

IOSEFA PASENE

    Plaintiff,

V.

BOISSE CORREA, Honolulu Police Chief; GREGORY MCCORMICK, Honolulu Police Detective; THEODORE COONS, Honolulu Police Detective; ALBERT LE, Honolulu Police Officer; DANIEL SELLERS, Honolulu Police Officer; OFFICER JOHN DOE, Honolulu Police Officer/Dispatcher; and CITY AND COUNTY OF HONOLULU

    Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 21-00427 DKW-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 17, 2025, 8:31 am
Lucy H. Carrillo, Clerk of Court

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Theodore Coons and Daniel Sellers, pursuant to the "Order Granting Defendants' Motion to Dismiss With Partial Leave to Amend", ECF No. 64, filed on September 2, 2022; the "Order (1) Granting in Part and Denying in Part Defendants' Motions to Dismiss; and (2) Directing Appointment of Counsel for Plaintiff", ECF No. 92, filed on February 17, 2023, the "Order Granting in Part and Denying in Part Defendant's Motion to Dismiss", ECF No. 128, filed on December 7, 2023 and the "Order Granting Defendants Coons and Sellers' Motions for Summary Judgment", ECF No. 455, filed on June 16, 2025.

|  |  |
|---|---|
| June 17, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |