AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

IOSEFA PASENE

     Plaintiff,

     V.

BOISSE CORREA, Honolulu Police
Chief; GREGORY MCCORMICK,
Honolulu Police Detective;
THEODORE COONS, Honolulu
Police Detective; ALBERT LE,
Honolulu Police Officer; DANIEL
SELLERS, Honolulu Police Officer;
OFFICER JOHN DOE, Honolulu
Police Officer/Dispatcher; and CITY
AND COUNTY OF HONOLULU

     Defendants.

JUDGMENT IN A CIVIL CASE

Case: CV 21-00427 DKW-WRP

> FILED IN THE
> UNITED STATES DISTRICT COURT
> DISTRICT OF HAWAII
> Sep 09, 2025, 10:13 am
> Lucy H. Carrillo, Clerk of Court

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✔] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants Boisse Correa, Honolulu Police Chief and the City and County of Honolulu, pursuant to the "Order (1) Granting in Part and Denying in Part Defendants' Motions to Dismiss; and (2) Directing Appointment of Counsel for Plaintiff", ECF No. 92, filed on February 17, 2023.

September 9, 2025
_____
Date

LUCY H. CARRILLO
_____
Clerk

/s/ LUCY H. CARRILLO by EA
_____
(By) Deputy Clerk