IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IOSEFA PASENE, | ) | CV 21-00427 DKW-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BOISSE CORREA, Honolulu Police Chief; GREGORY MCCORMICK, Honolulu Police Detective; THEODORE COONS, Honolulu Police Detective; ALBERT LE, Honolulu Police Officer; DANIEL SELLERS, Honolulu Police Officer; OFFICER JOHN DOE, Honolulu Police Officer/Dispatcher; and CITY AND COUNTY OF HONOLULU , | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANTS GREGORY MCCORMICK, ALBERT LE, AND JOHN DOE WITHOUT PREJUDICE

Findings and Recommendation having been filed on September 12, 2025 and served on all parties on September 15, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss Defendants Gregory McCormick, Albert Le, and

John Doe Without Prejudice", ECF No. 465,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: September 30, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

Iosefa Pasene v. Boisse Correa, et al; Civil No. 21-00427 DKW-WRP; **ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS DEFENDANTS GREGORY MCCORMICK, ALBERT LE, AND JOHN DOE WITHOUT PREJUDICE**