Case 1:21-cv-00427-DKW-WRP   Document 468   Filed 09/30/25   Page 1 of 2
                                                                  PageID.2550
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| IOSEFA PASENE | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00427 DKW-WRP |
| V. | |
| BOISSE CORREA, Honolulu Police Chief; GREGORY MCCORMICK, Honolulu Police Detective; THEODORE COONS, Honolulu Police Detective; ALBERT LE, Honolulu Police Officer; DANIEL SELLERS, Honolulu Police Officer; OFFICER JOHN DOE, Honolulu Police Officer/Dispatcher; and CITY AND COUNTY OF HONOLULU | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Sep 30, 2025, 11:21 am Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that final judgment is entered pursuant to, and in accordance with, the following orders:

"Order Granting Defendants' Motions to Dismiss With Partial Leave to Amend", ECF No. 64, filed September 2, 2022;

"Order (1) Granting in Part and Denying in Part Defendants' Motions to Dismiss; and (2) Directing Appointment of Counsel for Plaintiff", ECF No. 92, filed February 17, 2023;

"Order Granting in Part and Denying in Part Defendant's Motion to Dismiss", ECF No. 128, filed December 7, 2023;

Case 1:21-cv-00427-DKW-WRP   Document 468   Filed 09/30/25   Page 2 of 2
                                            PageID.2551
AO 450 (Rev. 5/85) Judgment in a Civil Case                                Page 2 of 2

"Order Granting Defendants Coons and Sellers' Motions for Summary Judgment", ECF No. 455, filed June 16, 2025;

"Order Denying Plaintiff's Motion for Reconsideration", ECF No. 458, filed July 11, 2025;

"Findings and Recommendation to Dismiss Defendants Gregory McCormick, Albert Le, and John Doe Without Prejudice", ECF No. 465, filed September 12, 2025; and,

"Order Adopting Findings and Recommendation to Dismiss Defendants Gregory McCormick, Albert Le, and John Doe Without Prejudice", ECF No. 467, filed on September 30, 2025.

|  |  |
|---|---|
| September 30, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |